UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS & BETTS CORPORATION, n/k/a ABB INSTALLATION PRODUCTS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRINITY MEYER UTILITY STRUCTURES, LLC, f/k/a MCKINLEY 2014 ACQUISITION, LLC and ARCOSA, INC.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-07829 (PAE, JLC) |

## **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL**

I, Christine Demana, hereby certify that on August 26, 2019, true and correct copies of the: (1) Notice of Removal (with Exhibit A and Exhibit B), dated 8/20/19; (2) Civil Cover Sheet, dated 8/20/19; (3) Defendants' Rule 7.1 Corporate Disclosure Statement, dated 8/20/19; (4) Notice of Appearance by Christine Demana, dated 8/20/19; (5) Motion to Admit Michael L. Raiff *Pro Hac Vice*, dated 8/21/19; (6) Declaration of Michael L. Raiff, dated 8/21/19 with Certificate of Good Standing; (7) [Proposed] Order granting Michael L. Raiff admission *Pro Hac Vice*; (8) Order granting Motion for Admission *Pro Hac Vice* of Michael L. Raiff; (9) the Electronic Case Filing Rules & Instructions for the Southern District of New York; (10) District Judge Paul A. Engelmayer's Individual Rules and Practices in Civil Cases; (11) Magistrate Judge James L. Cott's Individual Rules and Practices in Civil Cases; (12) *Thomas & Betts Corporation v. Trinity Meyer Utility Structures, LLC* (1:19-cv-07829-PAE, JLC) Docket Sheet were caused to be served via Federal Express overnight delivery service upon:

James R. Figliulo
Peter A. Silverman
Rebecca Kaiser Fournier
Figliulo & Silverman P.C.
10 S. LaSalle St. Suite 3600
Chicago, IL 60603

*Counsel for Plaintiff Thomas & Betts Corporation*

Dated: Dallas, Texas
      August 27, 2019

                                                /s/ *Christine Demana*
                                                    Christine Demana