UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS & BETTS CORPORATION, n/k/a ABB INSTALLATION PRODUCTS, INC., <br><br>　　　　　Plaintiff,<br>　　v.<br><br>TRINITY MEYERS UTILITY STRUCTURES, LLC, f/k/a/ MCKINLEY 2014 ACQUISITION, LLC and ARCOSA, INC.<br><br>　　　　　Defendants. | Civil Action No. l:19-cv-07829-PAE |

# MOTION FOR ADMISSION PRO HAC VICE

Rebecca R. Kaiser hereby moves this Court, pursuant to Local Civil Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, for an Order for admission to practice pro hac vice to appear as counsel for Plaintiff Thomas & Betts Corporation, n/k/a ABB Installation Products, Inc., in the above-captioned action.

I am a member in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached is the affidavit required by Local Rule 1.3.

DATED:　　August 28, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Rebecca R. Kaiser_____
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca R. Kaiser
　　　　　　　　　　　　　　　　　　　　　　　　**FIGLIULO & SILVERMAN P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　10 South LaSalle Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 251-4600
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 251-4610
　　　　　　　　　　　　　　　　　　　　　　　　rfournier@fslegal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THOMAS & BETTS CORPORATION, n/k/a ABB INSTALLATION PRODUCTS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:19-cv-07829-PAE |
| v. | ) ) | |
| TRINITY MEYERS UTILITY STRUCTURES, LLC, f/k/a/ MCKINLEY 2014 ACQUISITION, LLC and ARCOSA, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF REBECCA R. KAISER

1. I am over the legal age of 18 and fully competent to testify as to the facts stated herein. I have personal knowledge of the facts set forth in this affidavit, and if called, I would testify to these facts under oath.

2. I am an attorney at the law offices of Figliulo & Silverman, P.C., located at 10 South LaSalle Street, Suite 3600, Chicago, Illinois, 60603. I submit this affidavit in support of my motion for admission pro hac vice.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me in any state or federal court.

FURTHER AFFIANT SAYETH NOT.

DATED: 8/28/19

_____
Rebecca R. Kaiser

Subscribed and sworn to before me
This 28th day of August, 2019.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
VICTORIA PIETRUSIEWICZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/30/2021

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Rebecca Rejeanne Kaiser

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2011 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 27th day of August, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS & BETTS CORPORATION, n/k/a )<br>ABB INSTALLATION PRODUCTS, INC., )<br>                 )<br>                 )<br>    Plaintiff,         )<br> v.               )<br>                 )<br>TRINITY MEYERS UTILITY      )<br>STRUCTURES, LLC, f/k/a/ MCKINLEY  )<br>2014 ACQUISITION, LLC and ARCOSA, INC. )<br>                 )<br>    Defendants.       )  | Civil Action No. l:19-cv-07829-PAE |

## [PROPOSED] ORDER

The motion of Rebecca R. Kaiser for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information appears as follows:

Rebecca Kaiser Fournier
**FIGLIULO & SILVERMAN P.C.**
10 South LaSalle Street, Suite 3600
Chicago, IL 60603
Telephone: (312) 251-4600
Facsimile: (312) 251-4610
rfournier@fslegal.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Thomas & Betts Corporation, n/k/a ABB Installation Productions, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:

                                                                                              _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE