UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS & BETTS CORPORATION, *now known as*,
ABB INSTALLATION PRODUCTS, INC.,

                                        Plaintiff,

                    -v-

TRINITY MEYER UTILITY STRUCTURES, LLC,
*formerly known as*, MCKINLEY 2014 ACQUISITION,
LLC, and ARCOSA, INC.,

                                        Defendants.

---

19 Civ. 7829 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 7, 2019, the parties jointly submitted a request to extend the briefing

schedule in this case. The Court grants the parties' motion and adopts the following amended

briefing schedule:

- Meyer and Arcosa shall file a reply brief to their motion to dismiss the Amended
  Complaint by October 28, 2019

- Thomas & Betts Corp. shall file an answer to or move to dismiss Meyer's Counterclaim
  by November 18, 2019

- If Thomas & Betts Corp. moves to dismiss Meyer's Counterclaim on or before November
  18, 2019, then Meyer shall file its opposition or Amended Counterclaim by December 23,
  2019.

- If Meyer files an Amended Counterclaim on or before December 23, 2019, Thomas &
  Betts Corp. shall, by January 16, 2020, (1) file an answer, (2) file a new motion to
  dismiss directed to the Amended Counterclaim, or (3) submit a letter to the Court,
  copying Meyer, stating that it relies on the previously filed motion.

- Alternatively, if Meyer files its opposition on or before December 23, 2019, Thomas &
  Betts Corp. shall serve its reply to Meyer's opposition by January 16, 2020.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2019
       New York, New York