**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Christine Demana
Direct: +1 214.698.3246
Fax: +1 214.571.2973
CDemana@gibsondunn.com

December 20, 2019

VIA ECF & EMAIL

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Thomas & Betts Corporation v. Trinity Meyer Utility Structures, LLC et al,*
      Case No. 1:19-cv-07829-PAE

Dear Judge Engelmayer:

   Defendant/Counterclaim Plaintiff Meyer Utility Structures, LLC ("Meyer") encloses its Amended Counterclaim.  *See* ECF No. 36 (scheduling order).

   When Meyer filed its original Counterclaim, Meyer sought permission to file that pleading in redacted form.  *See* ECF No. 31.  Meyer did so out of an abundance of caution to protect any confidential business information and settlement negotiations between third-party Electric Transmission Texas ("ETT") and Plaintiff/Counterclaim Defendant Thomas & Betts Corporation ("T&B"), including an agreement between those parties executed on June 23, 2011 related to electrical transmission structures for the Texas Competitive Renewable Energy Zones ("CREZ") project.  This Court granted Meyer permission to file its original Counterclaim in redacted form on September 27, 2019.  *See* ECF No. 33.

   After Meyer filed the redacted version of its original Counterclaim, T&B filed various unredacted pleadings and documents, including an unredacted copy of Meyer's original Counterclaim.  *See* ECF No. 46.  Counsel for Meyer reached out to T&B yesterday about its position on the redactions, and T&B said that it inadvertently filed the unredacted copy of Meyer's original Counterclaim.  T&B subsequently notified the Court of its mistake and requested the Court mark the unredacted filing under seal.  *See* ECF No. 48.  The Court directed the Clerk of Court to remove the unredacted filing from ECF and directed T&B to follow the Court's instructions for redacted filings.  *See* ECF No. 49.

   In the meantime, Meyer seeks to file its Amended Counterclaim in redacted form, redacting the same potential confidential information between ETT and T&B that Meyer redacted in its original Counterclaim, including any additional allegations containing such information.  Meyer defers to third-party ETT and to T&B on their positions regarding the confidentiality of the redacted information.  The Amended Counterclaim does not contain any information that Meyer seeks to redact as its own confidential information, but Meyer is filing this letter per Your Honor's Individual Rules and Practices in Civil Cases to protect potentially confidential information between ETT and T&B.

**GIBSON DUNN**

The Honorable Paul A. Engelmayer
December 20, 2019
Page 2

      Accordingly, and per Your Honor's Individual Rules 4.B and 6.B, Meyer submits herewith an unredacted copy of its Amended Counterclaim and a highlighted version of its unredacted Amended Counterclaim showing possible redactions, and Meyer filed this letter on ECF. Meyer is serving an unredacted copy of its Amended Complaint on all counsel by email today to ensure that Meyer has satisfied all Court deadlines.

Thank you for Your Honor's consideration.

Respectfully,

    */s/ Christine Demana*

Christine Demana

cc:    All counsel of record (via ECF)

---

Defendant/Counterclaim-Plaintiff Meyer's request to redact its Amended Counterclaim in the same manner as the original counterclaim is granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER    12/23/19
United States District Judge