# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201-2911
Tel 214.698.3100
www.gibsondunn.com

Christine Demana
Direct: +1 214.698.3246
Fax: +1 214.571.2973
CDemana@gibsondunn.com

January 28, 2020

**VIA ECF & EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Thomas & Betts Corporation v. Trinity Meyer Utility Structures, LLC et al*,
Case No. 1:19-cv-07829-PAE

Dear Judge Engelmayer:

Defendant/Counterclaim Plaintiff Meyer Utility Structures, LLC ("Meyer") seeks to file its Memorandum of Law in Opposition to Plaintiff/Counterclaim Defendant Thomas & Betts Corporation's ("T&B") Motion to Dismiss ("Opposition") in redacted form, redacting the same potentially confidential information between Electric Transmission Texas ("ETT") and T&B that Meyer redacted in its Amended Counterclaim with the Court's approval. *See* ECF Nos. 51, 54.

Per Your Honor's Individual Rules 4.B and 6.B, Meyer encloses an unredacted copy of its Opposition and a highlighted version of its unredacted Opposition showing possible redactions, and Meyer filed this letter on ECF. Meyer is serving an unredacted copy of its Opposition, along with the accompanying Declaration of Christine Demana, on all counsel by email to ensure that Meyer has satisfied all Court deadlines.

Thank you for Your Honor's consideration.

Respectfully,

*/s/ Christine Demana*

Christine Demana

cc: All counsel of record (via ECF)

---

The Court has reviewed the proposed redactions and grants Meyer's motion to file its Opposition in redacted form. Counsel should file the unredacted documents under seal in accordance with this district's procedures. SO ORDERED.

*/s/ Paul A. Engelmayer*   1/30/2020
PAUL A. ENGELMAYER
United States District Judge

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.