## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THOMAS & BETTS CORPORATION, *now known as* ABB Installation Products, Inc.,

        Plaintiff and Counterclaim Defendant,

    -v-

TRINITY MEYER UTILITY STRUCTURES, LLC *formerly known as* McKinley 2014 Acquisition, LLC, *now known as* Meyer Utility Structures, LLC,

        Defendant and Counterclaim Plaintiff,

    and

ARCOSA, INC.,

        Defendant.

-----------------------------------------------------------X

19 **CIVIL** 7829 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2020, the Court grants Meyer's motion to dismiss the FAC, and also grants T&B's motion to dismiss Meyer's amended counterclaims; accordingly, this case is closed.

**Dated:** New York, New York
       July 31, 2020

                             **RUBY J. KRAJICK**
                             _____
                               Clerk of Court
                BY:
                               Deputy Clerk