UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

THOMAS & BETTS CORPORATION, n/k/a
ABB INSTALLATION PRODUCTS, INC.,

                   *Plaintiff*

              v.

TRINITY MEYER UTILITY STRUCTURES, LLC,
f/k/a MCKINLEY 2014 ACQUISITION,  LLC and
ARCOSA, INC.,

                   *Defendants*

------------------------------------- x

Hon. Paul A. Engelmayer
United States District Judge

No. 1:19-cv-07829-PAE-JLC

**NOTICE OF MOTION TO WITHDRAW ATTORNEYS
FROM FIGLIULO & SILVERMAN, P.C. AND HERRICK,
FEINSTEIN LLP AS ATTORNEYS FOR PLAINTIFF**

PLEASE TAKE NOTICE that, upon his Declaration dated November 12, 2021, Damien

Marshall will move this Court before the Honorable Hon. Paul A. Engelmayer, United States

District Judge at the United States Courthouse located at 40 Foley Square, New York, New York,

10007, pursuant to Local Civil Rule 1.4, for leave to withdraw James R. Figliulo, Peter A

Silverman, Melissa N Eubanks and Rebecca Kaiser Fournier of Figliulo & Silverman, P.C. and

Alan David Kaplan, Michael Berengarten and Jina Moon of Herrick, Feinstein LLP  as attorneys

for Plaintiff in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Damien Marshall, Esq. and Christine Carletta,

Esq. of King &Spalding LLP will continue as attorneys of record for Plaintiff and Franz Michael

Stenglein, Esq. and Ashley Parrish, Esq. will also be appearing for Plaintiff once admitted pro hac

vice.

1

Dated:  November 12, 2021

Respectfully submitted:

*/s/ Damien Marshall*
Damien Marshall, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel No.: 212-556-2100
Email: dmarshall@kslaw.com

Christine Carlotta, Esq,
Ashley Parrish, Esq. (PHV admission
to be sought)
King & Spalding  LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel No.: 202-737-0500
Email: ccarletta@kslaw.com
Email: aparrish@kslaw.com

Franz Michael Stenglein, Esq.
(PHV admission to be sought)
King & Spalding LLP
500 W 2nd St Ste 1800
Austin, TX 78701
Tel No.: 512-457-2000
Email: mstenglein@kslaw.com

*Counsel for Plaintiff*

Granted.  SO ORDERED.

Dated: November 17, 2021

PAUL A. ENGELMAYER
United States District Judge

2