November 23, 2021

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *Thomas & Betts Corporation v. Trinity Meyer Utility Structures, LLC et al*, No. **19-cv-07829-PAE**

Dear Judge Engelmayer,

    The parties in the above-referenced case, through their undersigned counsel, respectfully submit this joint letter motion to request (1) adjournment of the Initial Conference currently scheduled for November 29, 2021 at 11:00 am and (2) an extension of deadlines in connection with Arcosa, Inc.'s ("Arcosa") Motion to Dismiss T&B's Amended Complaint. Arcosa filed its motion on November 11, 2021, and T&B's response in opposition is currently due on November 26, 2021.

    The parties are actively engaged in settlement discussions and believe a brief, temporary adjournment of the Initial Conference and a revised briefing schedule will provide the parties with the opportunity to resolve this matter. For this reason, the parties respectfully request that the Court schedule the Initial Conference for a date after February 14, 2022, and consent to the following briefing schedule agreed to by the parties:

- January 17, 2022 – T&B files its response to Arcosa's Motion to Dismiss the Amended Complaint.
- February 14, 2022 – Arcosa files its reply in further support of its Motion to Dismiss the Amended Complaint.

    In requesting this briefing schedule for Arcosa's pending motion to dismiss, the parties agree that they are making this request without prejudice to either party filing or opposing any additional motions that may be appropriate if settlement discussions are unsuccessful. The parties will keep the Court appraised of any developments with respect to settlement and thank the Court for its consideration of this joint request.

November 23, 2021
Page - 2 -

                Respectfully Submitted,

                KING & SPALDING LLP

                By:/s/ Franz Michael Stenglein
                   Franz Michael Stenglein
                   (admitted *pro hac vice*)
                   500 W. 2nd Street
                   Suite 1800
                   Austin, TX 78701
                   Telephone: (512) 457-2000
                   Facsimile: (512) 322-3961
                   mstenglein@kslaw.com

                   Damien J. Marshall
                   King & Spalding LLP
                   1185 Avenue of the Americas
                   New York, NY 10036
                   Telephone: (212) 790-5357
                   Facsimile: (212) 556-2222
                   dmarshall@kslaw.com

                   Christine M. Carletta
                   King & Spalding LLP
                   1700 Pennsylvania Ave. NW
                   Suite 200
                   Washington, DC 20006
                   Telephone: (202) 626-2997
                   Facsimile: (202) 626-3737
                   ccarletta@kslaw.com

                *Counsel for Thomas & Betts Corporation*


                GIBSON, DUNN & CRUTCHER LLP


                By:/s/Christine Demana

November 23, 2021
Page - 3 -

>Christine Demana
>Mike Raiff (admitted *pro hac vice*)
>2100 McKinney Avenue, Suite 1100
>Dallas, Texas 75201
>Telephone: (214) 698-3100
>Facsimile: (214) 571-2927
>Mraiff@gibsondunn.com
>cdemana@gibsondunn.com
>
>Reed Brodsky
>200 Park Avenue
>New York, New York 10166
>Telephone: (212)351-4000
>Facsimile: (212) 351-6235
>rbrodsky@gibsondunn.com
>
>*Counsel for Trinity Meyer Utility Structures, LLC and Arcosa, Inc.*

Granted. As requested, (1) Thomas & Betts is directed to file its response to Arcosa's motion to dismiss the amended complaint by January 17, 2022; (2) Arcosa is directed to file its reply by February 14, 2022; and (3) the initial pretrial conference, currently scheduled for November 29, 2021, is rescheduled for February 28, 2022, at 10 a.m. As specified in the scheduling order at docket 87, this conference will be held telephonically. The Court's directions for accessing the conference remain the same. Counsel are directed to submit their joint letter and proposed case management plan by February 22, 2022. The Court wishes counsel well in their settlement discussions – and a happy holiday. SO ORDERED.

Dated: November 24, 2021

_____
PAUL A. ENGELMAYER
United States District Judge

3