January 24, 2021

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    ***Thomas & Betts Corporation v. Trinity Meyer Utility Structures, LLC et al***, No. **19-cv-07829-PAE**

Dear Judge Engelmayer,

      The parties in the above-referenced case, through their undersigned counsel, respectfully submit this joint letter motion in connection with Arcosa, Inc.'s ("Arcosa") Motion to Dismiss Thomas & Betts Corporation's ("T&B's") Amended Complaint. Arcosa filed its motion on November 11, 2021, and T&B's response in opposition is currently due on January 24, 2022.

      The parties have agreed to settle this matter and are drafting an agreement to that effect. To provide them time to finalize and sign that settlement agreement, the parties respectfully request that the court stay this matter and hold the case in abeyance. Once that agreement is finalized, the parties will promptly file a stipulation to dismiss this action. If for some reason the settlement agreement is not signed, the parties will file a revised briefing schedule with this Court.

      The parties thank the Court for its consideration of this joint request.

      Respectfully Submitted,

      KING & SPALDING LLP

      By: /s/ Franz Michael Stenglein
          Franz Michael Stenglein
          (admitted *pro hac vice*)
          500 W. 2nd Street
          Suite 1800
          Austin, TX 78701
          Telephone: (512) 457-2000
          Facsimile: (512) 322-3961
          mstenglein@kslaw.com

          Damien J. Marshall
          King & Spalding LLP
          1185 Avenue of the Americas
          New York, NY 10036

January 24, 2022
Page - 2 -

                Telephone: (212) 790-5357
                Facsimile: (212) 556-2222
                dmarshall@kslaw.com

                Christine M. Carletta
                King & Spalding LLP
                1700 Pennsylvania Ave. NW
                Suite 200
                Washington, DC 20006
                Telephone: (202) 626-2997
                Facsimile: (202) 626-3737
                ccarletta@kslaw.com

                *Counsel for Thomas & Betts Corporation*


                GIBSON, DUNN & CRUTCHER LLP


By: /s/Christine Demana
                Christine Demana
                Mike Raiff (admitted *pro hac vice*)
                2100 McKinney Avenue, Suite 1100
                Dallas, Texas 75201
                Telephone: (214) 698-3100
                Facsimile: (214) 571-2927
                Mraiff@gibsondunn.com
                cdemana@gibsondunn.com

                Reed Brodsky
                200 Park Avenue
                New York, New York 10166
                Telephone: (212)351-4000
                Facsimile: (212) 351-6235
                rbrodsky@gibsondunn.com

                *Counsel for Meyer Utility Structures, LLC and Arcosa, Inc.*

The Court stays this case until April 25, 2022. If, by that date, the parties have not notified the Court that a settlement has been reached, they are to file a revised briefing schedule. The conference currently scheduled for February 28, 2022, is adjourned. The Clerk of Court is respectfully directed to close the motion pending at Dkt. 104. SO ORDERED.

*/s/ Paul A. Engelmayer/*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 25, 2022

2